IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-70132 |
| MARI MONCADA | § | |
| | § | |
| DEBTOR | § | CHAPTER 13 |

**ORDER GRANTING MOTION FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL**

On this Date, the Court considered the Motion for Withdrawal and Substitution of Counsel filed on August 1, 2024, in the above-referenced case (the "Motion").

The Court finds that proper notice has been given to all parties in interest and good cause exists to grant the Motion. The Court further finds that Debor's counsel has purported that Debtor consented to relief requested in this Motion, and no hearing is necessary or required.

IT IS THEREFORE ORDERED as follows:

1. The Motion hereby is granted.

2. The request by Amy Bates Ames (TX Bar No. 24025243 | TXSB Federal No. 30427) to withdraw as counsel of record is effective upon entry of this Order, and Ms. Ames will have no further responsibility in this matter.

3. Alan D. Borden (FL Bar No. 150439 | SDTX Federal No. 3887551), and the law firm of the Resolve Law Group, a registered d/b/a of The Price Law Group, A.P.C., 801 Travis Street, Suite 2101, Houston, TX 77002, hereby is substituted as counsel for Debtor.