United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 09, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In Re: § | |
| § | Case No. 24-70132 |
| Mari Moncada, § | |
| § | Chapter 13 |
| Debtor § | |

### ORDER GRANTING DEBTOR(S)' MOTION TO CONVERT CHAPTER 13 CASE TO CHAPTER 7 CASE AND TO PAY ADMINISTRATIVE CLAIM TO DEBTOR(S)' COUNSEL

1. The Chapter 13 Trustee is ordered to make disbursements pursuant to paragraph 22 of the confirmed plan. The disbursement to Debtor(s)' counsel shall be made out of available.

2. Any wage order or electronic payment order is terminated.

3. This case is converted to a case under chapter 7, with the conversion effective on the 38th day following the filing of the Debtor(s)' motion to convert this case.

Signed: August 09, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge